```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 08 B 25627
    JESUS GIRON
                                           CHAPTER 13

                                           JUDGE: JOHN H SQUIRES

        Debtor
    SSN XXX-XX-7013


------------------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 09/26/08 .

    2.  The case was dismissed without confirmation, 11/21/2008.

------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------------
GMAC RESCAP LLC         CURRENT MORTG         .00              .00            .00
OCWEN LOAN SVCG         SECURED               .00              .00            .00
INDYMAC BANK            CURRENT MORTG         .00              .00            .00
        Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED    PRIORITY   UNSECURED      OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00        .00        .00          .00           .00
PRINCIPAL PAID         .00        .00        .00          .00           .00
INTEREST PAID          .00        .00        .00          .00           .00
TOTAL PAID             .00        .00        .00          .00           .00
The Debtor's attorney, PRO SE DEBTOR               , was allowed $        .00
and was paid $         .00 .

The Trustee received $         .00 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



    Dated: 02/11/09               /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
   CASE NO. 08 B 25627 JESUS GIRON
```